UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ANGELO GILLIS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:11-CV-1814-CAS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This matter is before the Court upon the filing of movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, as well as movant's addendum thereto. Movant states that he is a federal prisoner presently confined at the Jennings Correctional Facility in Jennings, Missouri.

Upon review of the instant motion and addendum, the Court notes that neither has been filed on a Court-provided form. The Court will order movant to file an amended § 2255 motion on a court-provided form.[1] Movant is advised that the amended § 2255 motion will supercede his original motion to vacate [Doc. 1] and addendum [Doc. 2] and will be the only motion to vacate that this Court reviews.

---

[1] Both this Court's Local Rule 2.06(A) and Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts give this Court the authority to order movant to amend his petition on a court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that, in addition to a copy of this Order, the Clerk shall forward to movant the court-provided form (AO form 243) for filing a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody.

**IT IS FURTHER ORDERED** that movant shall complete and return his amended § 2255 motion within thirty (30) days from the date of this Order.  Movant shall include in said amended motion any and all grounds for relief that he wishes to pursue under 28 U.S.C. § 2255.  In addition, movant must sign and date the amended motion.

**IT IS FURTHER ORDERED** that if movant fails to sign, complete, and return his amended § 2255 motion within thirty days, the Court will dismiss the instant action, without prejudice.

**IT IS FURTHER ORDERED** that upon movant's filing of the form motion, the Clerk shall resubmit this matter to the Court for review under Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   14th   day of December, 2011